UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V., <br><br> Plaintiff, <br><br> vs. <br><br> WATSON LABORATORIES, INC. --- FLORIDA, <br><br> Defendant. | Case No.: 3:11-CV-00853-RCJ-VPC <br> Case No.: 2:12-CV-01935-RCJ-VPC <br><br><br> **MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

The parties have requested that the Court cancel the June 15, 2015 status conference in these consolidated cases and instruct the Clerk to close the cases.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Motion (ECF #21) in Case No. 2:12-CV-1935 and Motion (ECF #29) in 3:11-CV-853 are DENIED as moot."

IT IS SO ORDERED this 11th day of June, 2015..

ROBERT C. JONES
District Judge